GURBOB SOMAL (SBN 263061)
THE SOMAL LAW FIRM
4000 Pimlico Drive, #114-234
Pleasanton, CA 94588
Tel:     (415) 754-0115
Fax:    (510) 550-1999
Email: attorneysomal@gmail.com

Attorney for Debtor(s)

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**ROBYN L. PETERS ROEPKE**<br><br>　　　　　　Defendant, | Case No.:  CV17-5736 KAW<br><br>**DEFENDANT'S CASE MANAGEMENT STATEMENT**<br><br>Case Management Conference<br>Date: March 13, 2018<br>Time: 1:30P.M.<br>Place:<br>Magistrate Judge Kandis A. Westmore<br>1301 Clay Street<br>Oakland, CA 94612 |

**Defendant submits her CASE MANAGEMENT STATEMENT pursuant to the Standing Order for All Judges of the Northern District of California effective January 17, 2017, and Civil Local Rule 16-9.**

<u>1. Jurisdiction and Service</u>

Defendant is a private party who is a student loan debtor. All parties have been served; there are no counterclaims.

<u>2. Facts</u>

Defendant is permanently disabled and is currently seeking a Total Permanent Disability Discharge (TPD Discharge) from the Dept. of Education.

<u>3. Legal Issues</u>

Defendant has paid off the amount due in full and is currently trying to obtain records of the payoff. It has been difficult for Defendant to obtain these records as the loan was paid off over 25 years ago. Defendant is totally and permanently disabled and qualifies for a total and permanent disability (TPD) discharge. Defendant has submitted her TPD application in late 2017.

4. Motions

No motions are pending.

5. Amendment of Pleadings

None anticipated.

6. Evidence Preservation

Defendant understands its obligation to preserve its electronic and documentary evidence and confirms that its obligation has been, and will continue to be, met.

7. Disclosures

None anticipated.

8. Discovery

None anticipated.

9. Class Actions

Not applicable.

10. Related Cases

None.

11. Relief

Defendant seeks to have the present case dismissed based on the above noted criteria.

12. Settlement and ADR

No ADR is contemplated by Defendant.

13. Consent to Magistrate Judge For All Purposes

In accordance with the provisions of Title 28, U.S.C. Section

636(c), the Defendant in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

14. Other References

None Applicable.

15. Narrowing of Issues

None Applicable.

16. Expedited Schedule

None Applicable.

17. Scheduling

None Applicable.

18. Trial

In the event a trial is necessary, 1-2 hours is anticipated.

19. Disclosure of Non-party Interested Entities or Persons

None.

20. Professional Conduct; Whether all attorneys of record for the parties have reviewed the Guidelines for Professional Conduct of the Northern District of California

Defendant's counsel has reviewed the Guidelines for Professional Conduct of the Northern District of California, and will abide thereby.

21. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter

Defendant is currently seeking a TPD discharge and will produce evidence once acquired.

                                                 /s/ Gurbob Somal
                                                GURBOB SOMAL
                                                Counsel for Defendant