MICHAEL COSENTINO, State Bar No. 83253
Counsel for the United States
P.O. Box 129
Alameda, CA 94501
Telephone: (510) 523-4702
Facsimile: (510) 747-1640

Attorney for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. **CV17-05736 KAW** |
| v. | **STIPULATION FOR ORDER DISMISSING CASE WITHOUT PREJUDICE AND [PROPOSED] ORDER THEREON** |
| ROBYN L. PETERS ROEPKE aka ROBYN L. PETERS aka ROBYN PETERS aka ROBYN ROEPKE, | |
| Defendant(s). | |

Based upon the defendant having been approved for a Total and Permanent Disability Discharge, whereupon defendant is being placed in the 3 year monitoring period, the parties **STIPULATE THAT** the court enter an ORDER DISMISSING CASE WITHOUT PREJUDICE.

April 30, 2018

_____
Michael Cosentino, Counsel for the United States

April 30, 2018

_____
Gurbob Somal, Counsel for defendant

Based upon the above stipulation, **THE COURT ORDERS THAT** the case be and hereby is dismissed without prejudice.

///

DATED: 5/1/18

_____
Kandis A. Westmore, Magistrate Judge
United States District Court